UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

NINAD NARAYAN HULYALKAR,          :
                                  :
       Plaintiff,                :    **ECF CASE**
                                  :
  v.                              :
                                  :    07 Civ. 8125 (GEL)
MICHAEL CHERTOFF, et al.          :
                                  :
       Defendants.               :    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:   Clerk of Court
       United States District Court
       Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       September 26, 2007

                                            Respectfully submitted,

                                            MICHAEL J. GARCIA
                                            United States Attorney for the
                                            Southern District of New York

                          By:   /s/_____
                                            NATASHA OELTJEN
                                            Assistant United States Attorney
                                            86 Chambers Street, 3rd Floor
                                            New York, New York 10007
                                            Telephone: (212) 637-2769
                                            Facsimile: (212) 637-2786
                                            Email: natalia.oeltjen@usdoj.gov

TO:   Fredric H. Aaron, Esq.
       14 Vanderventer Avenue, Suite 212
       Port Washington, NY 11050