MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: NATASHA OELTJEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. No.: (212) 637-2769
Fax: (212) 637-2786

**ORIGINAL**

9/28/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

NINAD NARAYAN HULYALKAR,         :     STIPULATION AND
                                                         ORDER OF TRANSFER
                      Plaintiff,                :
            v.                                          07 Civ. 8125 (GEL)

HON. MICHAEL CHERTOFF, Secretary of the     :
Department of Homeland Security; et al.,          :

                      Defendants.            :
------------------------------------------------x

IT IS STIPULATED AND AGREED, by and between the parties, that the above-captioned action be, and hereby is, transferred to the United States District Court for the Eastern District of New York, pursuant to 8 U.S.C. § 1447(b) and 28 U.S.C. § 1631.

Dated:  New York, New York
        September 24, 2007

FREDRIC H. AARON
Attorney for Plaintiff

By: _____
FREDRIC H. AARON, ESQ. (AVB: FA 8294)
14 Vanderventer Avenue, Suite 212
Port Washington, NY 11050
Tel. No.: (516) 802-4140

Dated:  New York, New York
        September 19, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
NATASHA OELTJEN
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel. No.: (212) 637-2769

SO ORDERED:

_____
HONORABLE GERARD E. LYNCH
UNITED STATES DISTRICT JUDGE
9/28/07

A47 143 289